# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 21-5870 - JFW(KESx)** | Date: May 2, 2022 |

Title:  Michael Hofrath -v- Financial Partners Credit Union, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

In the Court's Scheduling and Case Management Order ("CMO"), the Court set February 7 2022 as the last day to conduct a Settlement Conference, and February 11, 2022 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Court's review of the docket, it appears that the parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of February 7 2022 .

Accordingly, lead counsel for the parties are ordered to show cause in writing by **May 4, 2022** why the Court should not dismiss this action or impose sanctions in the amount of $2,500.00 against each lead counsel for violating the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action and imposition of sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr